1  QUIN DENVIR, Bar #49374
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JESSICA SABATHIA
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. CR.S-04-0207 WBS
                                   )
12                Plaintiff,       )
                                   ) ORDER AUTHORIZING OUT-OF-DISTRICT
13      v.                         ) TRAVEL
                                   )
14 JESSICA SABATHIA,               )
                                   )
15                Defendant.       )
                                   ) Judge: Hon. Dale A. Drozd
16 _____ )        (In Chambers)

17

18      On April 15, 2005, at approximately 4:45 p.m. Assistant Federal

19 Defender Jeffrey L. Staniels, counsel for the above defendant,

20 contacted this court.  Counsel advised that Ms. Sabathia was on pre-

21 trial release in the above case with a condition restricting her travel

22 to the Northern and Eastern Districts of California without prior

23 approval of her Pretrial Services Officer.  Counsel advised the court

24 that Ms. Sabathia sought permission to travel to San Diego, California,

25 just for the upcoming weekend in order to visit an uncle who was

26 hospitalized and believed to be terminally ill, and that efforts to

27 contact the Pretrial Services Office and counsel for the government had

28 been unsuccessful because of the hour.  Counsel also advised the court

1  that Ms. Sabathia was awaiting sentencing on a non-violent financial
2  offense, and that she had been free from custody without incident since
3  the inception of the case.
4      Upon consideration of the above information the request to
5  travel to San Diego for the purpose stated is GRANTED.  Counsel is
6  directed to inform Ms. Sabathia that she must have returned from the
7  trip by Monday morning.
8      IT IS SO ORDERED.
9  DATED: April 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13  Ddad1/orders.criminal/sabathia0207.ord

[Proposed Order]                            2